IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JACK DEMPSEY § | |
| § | |
| Plaintiff § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:12-CV-00018 |
| § | |
| BRICE, VANDER LINDEN & § | |
| WERNICK, P.C. § | |
| § | |
| Defendant § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 14, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand (Dkt. 8) be GRANTED, that this case be remanded to the 429th Judicial District Court in Collin County, Texas, and that Defendant be required to pay Plaintiff $1,500 in fees and costs within seven (7) days of the date of remand.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiff's Motion to Remand (Dkt. 8) is GRANTED, this case shall be

remanded to the 429th Judicial District Court in Collin County, Texas, and Defendant shall be required to pay Plaintiff $1,500 in fees and costs within seven (7) days of the date of remand.

**IT IS SO ORDERED.**

**SIGNED this the 9th day of April, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE